UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13076
   DORSEY SORIANO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-0337


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 07/20/2007 and was confirmed 10/01/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO PARKING | UNSECURED | 4405.00 | .00 | .00 |
| ARNOLD SCOTT HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY STATES ATTY | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL NOTIFICATION SE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL NOTIFICATION SE | NOTICE ONLY | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 407.44 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 623.70 | .00 | .00 |
| JESUS CARLOS SORIANO | NOTICE ONLY | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 3,009.20 | | 840.45 |
| TOM VAUGHN | TRUSTEE | | | 57.47 |
| DEBTOR REFUND | REFUND | | | .00 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  897.92

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                             840.45
TRUSTEE COMPENSATION                        57.47
DEBTOR REFUND                                 .00
                    ---------------    ---------------
TOTALS                  897.92             897.92



              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13076 DORSEY SORIANO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/22/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE